IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH C. SCOTT,

    Plaintiff,

vs.                           CASE NO. 1:09CV102-MP/AK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    Defendant.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Extension of Time to File Memorandum through November 2, 2009. (Doc. 13). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **November 2, 2009**, to file the memorandum.

**DONE AND ORDERED** this  **2nd** day of October, 2009.

                                    *s/ A. Kornblum*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**