IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH C. SCOTT,

    Plaintiff,

vs.                                         CASE NO. 1:09cv102-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

                         /

## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of Time to file a responsive memorandum. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through November 30, 2009.

**DONE AND ORDERED** this _2nd_ day of November, 2009.

                                                _s/ A. KORNBLUM_
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**